■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM KING, Appellant. — Appeal from a judgment of the County Court of Albany County (Clyne, J.), rendered April 29, 1980, convicting defendant upon his plea of guilty of two counts of the crime of robbery in the second degree. Judgment modified, on the law and the facts, to reflect a 48-day reduction in each of the minimum terms imposed April 29, 1980, and, as so modified, affirmed (*People v Gibson,* 84 AD2d 885). Mahoney, P. J., Sweeney, Kane, Casey and Levine, JJ., concur.